IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BOOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-03244-CV-S-DPR |
| | ) | |
| LESTER E. COX MEDICAL CENTERS | ) | |
| d/b/a COX HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Stipulation for Dismissal. (Doc. 22.) Upon review, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby **DISMISSED** with prejudice, with each party to bear her or its own costs. The Clerk's Office is directed to close this action.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 24, 2022